NO. 22-14191

IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ANDREA THOMAS, *et al.*,
    *Plaintiffs / Appellants*,
v.
JSTC, LLC, *et al.*,
    *Defendants / Appellees.*

On appeal from the United States District Court for the
Middle District of Florida, No. 6:19-cv-01528

STATEMENT OF NON-OPPOSITION, CORPORATE DISCLOSURE STATEMENT, AND CERTIFICATE OF INTERESTED PERSONS BY AMAZON.COM SERVICES, INC., AMAZON LOGISTICS, INC., AND AMAZON.COM, LLC

    MORGAN, LEWIS & BOCKIUS LLP
    Stephanie Schuster
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    T: 202-373-6595
    stephanie.schuster@morganlewis.com

*Thomas, et al. v. JSTC, LLC, et al.*, No. 22-14191

CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1, Amazon.com Services, Inc., Amazon Logistics, Inc., and Amazon.com LLC state that Amazon Logistics, Inc. is a wholly owned subsidiary of PNF Enterprises LLC; PNF Enterprises LLC is a wholly owned subsidiary of PNF Properties LLC; PNF Properties LLC is a wholly owned subsidiary of PNF US LLC; PNF US LLC is a wholly owned subsidiary of Amazon.com Services, LLC (formerly Amazon.com Services, Inc.); Amazon.com Services, LLC is a wholly owned subsidiary of Amazon.com Sales, Inc., which is wholly owned by Amazon.com, Inc. In addition, Amazon.com LLC was a Delaware limited liability company that ceased operations by January 1, 2018 and merged into Amazon.com Services LLC, which is a Delaware limited liability company and wholly owned subsidiary of Amazon.com, Inc. Amazon.com, Inc. has no parent company, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Circuit Rule 26.1-1, Amazon.com Services, Inc., Amazon Logistics, Inc., and Amazon.com LLC state that each of the following persons has an interest in the outcome of this appeal:

- AG Plus Express LLC

- Amazon.com, Inc. (NASDAQ: AMZN)

- Amazon.com Services LLC (formerly known as Amazon.com Services Inc.)

- Amazon Logistics, Inc.

- Berger Montague PC (Law firm representing Appellants)

- Bernstein, Max (Attorney representing Amazon Logistics, Inc., Amazon.com Services Inc., and Amazon.com LLC)

- COEI LLC

- Commercial Express, Inc.

- Connon, Krysten (Attorney for Appellants)

- Dalton, Roy (United States District Court Judge)

- Drop a Box, Inc.

- Fowler, Jennifer (Attorney representing Drop a Box, Inc, AG Plus Express LLC, COEI LLC, and Commercial Express, Inc)

- Hancock, Ryan (Attorney for Appellants)

- JSTC LLC

- Lichten & Liss Riordan PC (Law firm representing Appellants)

- Morgan Lewis & Bockius LLP (Law firm representing Amazon Logistics, Inc., Amazon.com Services Inc., and Amazon.com LLC)

- Peterson, Matthew (Attorney representing Appellants)
- Ramsey, Christopher (Attorney representing Amazon Logistics, Inc., Amazon.com Services Inc., and Amazon.com LLC)
- Schalman-Bergen, Sarah (Attorney for Appellants)
- Schuster, Stephanie (Attorney representing Amazon Logistics, Inc., Amazon.com Services Inc., and Amazon.com LLC)
- Spears, Shonnika (Appellant)
- Sutherland, Paul (Attorney representing JSTC LLC)
- Tinson, DeAndre (Appellant)
- Thomas, Andrea (Appellant)
- Varnell & Warwick, PA (Law firm representing Appellants)
- Varnell, Janet (Attorney for Appellants)
- Wallin, Michaela (Attorney for Appellants)
- Warwick, Brian (Attorney for Appellants)
- Williams, Parker, Harrison, Dietz & Getzen (Law firm representing Drop a Box, Inc, AG Plus Express LLC, COEI LLC, and Commercial Express, Inc.)
- Willis, Erika (Attorney representing Appellants)
- Willig Williams & Davidson (Law firm representing Appellants)

- Wilson McCoy, PA (Law firm representing JSTC LLC)

## STATEMENT OF NON-OPPOSITION

Defendants-Appellees Amazon.com Services, Inc., Amazon Logistics, Inc., and Amazon.com, LLC submit this statement to advise the Court that they do not oppose this appeal and do not intend to file an answering brief or otherwise participate in this appeal unless the Court orders otherwise. Defendants-Appellees identified above are nominal appellees only and have made the filings in this Court for the sole purposes of complying with the Court's rules and instructions.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Dated: January 12, 2023

s/ Stephanie Schuster
Stephanie Schuster
1111 Pennsylvania Avenue NW
Washington, DC 20005
T: 202-373-6595
stephanie.schuster@morganlewis.com

*Counsel for Amazon.com Services, Inc., Amazon Logistics, Inc., and Amazon.com LLC*

1