# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14191

_____

ANDREA THOMAS,
on behalf of herself and others similarly situated,
DEANDRE TINSON,
an individual,
SHONNIKA SPEARS,
an individual,

                                                                            Plaintiffs-Appellants,

*versus*

JSTC, LLC,
COMMERCIAL EXPRESS, INC.,
a Florida corporation,
COEI, LLC,
a Florida limited liability company,
AG PLUS EXPRESS, LLC,
a Florida limited liability company,
DROP A BOX, INC.,

| | | |
|---|---|---|
| 2 | Order of the Court | 22-14191 |

a Florida corporation, et al.,

                                                                               Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:19-cv-01528-RBD-DAB

_____

ORDER:

      "Motion of Restaurant Law Center for Leave to File *Amicus Curiae* Brief in Support of Plaintiff-Appellant's Petition for Partial Reversal" is GRANTED.

      "Motion of Eric Alan Isaacson for Leave to File Brief as Amicus Curiae Supporting No Party and Urging Affirmance" is GRANTED.

      On June 2, 2023, counsel for Appellee Commercial Express, Inc. filed a "Notice of Pendency of Bankruptcy of Appellee, Commercial Express, Inc." of its filing on April 11, 2023, of its voluntary Chapter 7 bankruptcy petition in *In re: Commercial Express, Inc.*, Case No. 6:23-bk-01333 in the U.S. Bankruptcy Court for the Middle District of Florida.

      Accordingly, this appeal is hereby STAYED pending further orders of the Bankruptcy Court and this Court. *See* 11 U.S.C. § 362.

22-14191               Order of the Court                    3

Counsel for Appellee is directed to file, by the 15th of each month, monthly status reports with this Court.

/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE